UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

EXIT CORPORATION,

Plaintiff,

v.

EGAN & SONS, INC., ET AL.,

Defendants.

Civil No. 00-223 DWF/AJB

ORDER

---

WHEREAS, the above matter came on for the Court's consideration of the parties' Joint Motion for Stay, and

WHEREAS, the Court had previously ordered that a Rule 16 pretrial conference would be held in the undersigned's Chambers at 9:00 a.m. on July 27, 2000,

NOW THEREFORE, IT IS HEREBY ORDERED THAT the Rule 16 pretrial conference previously scheduled for July 27, 2000, is stricken. This matter shall be stayed until October 15, 2000, at 8:30 a.m., when the Court will conduct a telephone status conference. It shall be the responsibility of William M. Beadie, attorney at law, Minneapolis, Minnesota, to initiate the telephone call between the Court and counsel of record.

Dated: 7/24/00

ARTHUR J. BOYLAN
United States Magistrate Judge

Filed JUL 24 2000
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

**MOORE, COSTELLO & HART, P.L.L.P.**
A Professional Limited Liability Partnership
**ATTORNEYS**

REPLY TO

MINNEAPOLIS OFFICE

WRITER'S DIRECT DIAL NUMBER

(612) 395-8618

July 20, 2000

**DELIVERED VIA MESSENGER**
HONORABLE ARTHUR J BOYLAN
316 NORTH ROBERT STREET RM 638
ST PAUL MN 55101

Re: The Matter of: Exit Corporation v. Egan & Sons, Inc.
Case No.: 00-223 DWF/AJB

Dear Magistrate Boylan:

Enclosed is the Joint Report on Attorney Conference and Joint Motion for Stay of Proceedings in the above-referenced case.

Very truly yours,

**MOORE, COSTELLO & HART, P.L.L.P.**

By William M. Beadie

William M. Beadie

:kig
MPLS:29080.1/20148-2