UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

EXIT CORPORATION,

Plaintiff,

v.

EGAN & SONS, INC., ET AL.,

Defendants.

Civil No. 00-223 DWF/AJB

**AMENDED** ORDER

---

The Court will conduct a telephone status conference in the above captioned matter on **Monday, October 16, 2000, at 8:30 a.m.** It shall be the responsibility of William M. Beadie, attorney at law, Minneapolis, Minnesota, to initiate the telephone call between the Court and counsel of record.

Dated: 8/2/00

ARTHUR J. BOYLAN
United States Magistrate Judge

Filed AUG 02 2000
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______