**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

EXIT CORPORATION,
fka J. A. House, Inc.,
Plaintiff,

v.

~~Civil~~ No. 00-2702 ( DSD /SRN)

EGAN MECHANICAL CONTRACTORS, INC.,
fka Egan & Sons Air Conditioning Company,
Defendant.

---

**ORDER FOR REASSIGNMENT OF RELATED CASES**

EXIT CORPORATION,
Plaintiff,

v.

Civil No. 00-223 (DWF/AJB)

EGAN & SONS COMPANY, suing as
Egan & Sons, Inc.,
fka Egan Mechanical Contractors, Inc.,
Defendant.

Case No. 00- 223 having been assigned to Judge Donovan W. Frank and Case No. 00- 2702 been assigned to Judge David S. Doty, said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 00–2702 be assigned to Judge Donovan W. Frank, nunc pro tunc, by use of a card on the Master List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated November 9, 2000.

**IT IS FINALLY ORDERED** that a copy of this order ~~shall be filed~~ in each of the above respective files.

Dated: March 12th, 2001

DONOVAN W. FRANK
Judge of United States District Court

Dated: March 13, 2001

DAVID S. DOTY
Judge of United States District Court

3-13-01

(7)

Date: March 15, 2001 jr

---

R E C O R D O F D O C K E T T E X T

---

0:00-cv-02702 Exit Corporation v. Egan Mechanical

---

DOCKET ENTRY

---

ORDER (Judge David S. Doty) (Judge Donovan W. Frank) FOR REASSIGNMENT OF RELATED CASE Case reassigned to Judge Donovan W. Frank, and Case referred to Magistrate Judge Arthur J. Boylan (related case is 00-223 DWF/AJB) (this case # remains the same except for initials 00-2702 DWF/AJB). 1pg(s) (cc: all counsel)

Hon. Donovan W Frank, Judge

THIS NOTICE SENT TO ALL COUNSEL