UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

ORIGINAL

| | | |
|---|---|---|
| EXIT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EGAN MECHANICAL CONTRACTORS, INC., f/k/a EGAN & SONS AIR CONDITIONING COMPANY,<br><br>Defendant. | ) | Civil No. 00-2702 DWF/AJB<br>Civil No. 00-0223 DWF/AJB<br><br>**ORDER** |

The above-entitled matter was heard by the undersigned on Plaintiff's motion for leave to amend complaint. The matter was submitted without oral argument. Based upon the record, the supporting documents submitted by the parties, and all arguments of counsel, the Court makes the following order.

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to amend its complaint is GRANTED; and

2. Plaintiff is granted leave to serve and file an amended complaint in the form attached to Plaintiff's motion as Exhibit 1.

Dated: 6/8, 2001

BY THE COURT:

[signature]

Arthur J. Boylan
United States Magistrate Judge

JUN 08 2001
FILED
FRANCIS E. DOSAL CLE.
JUDGMENT ENTD
DEPUTY CLERK

N:\PL\RGJ\134825.doc