UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

ORIGINAL

---

Exit Corporation,

Plaintiff, Civil No. 00-2702 DWF/AJB

vs.

Egan Mechanical Contractors, Inc., f/k/a Egan & Sons Air Conditioning Company,

Defendant.

Exit Corporation,

Plaintiff, Civil No. 00-223 DWF/AJB

vs.

**ORDER OF CONSOLIDATION**

Egan & Sons, Company, suing as Egan & Sons, Inc., f/k/a Egan Mechanical Contractors, Inc.,

Defendant.

---

This matter was considered by the undersigned upon the parties' Stipulation of Consolidation attached hereto. The Court finds that consolidation of the above-captioned actions is appropriate. Accordingly, the Court makes the following order.

IT IS HEREBY ORDERED that:

1. The above-captioned actions bearing Civil File Nos. 00-223 (DWF/AJB) and 00-2702 (DWF/AJB) shall be consolidated for all further proceedings.

FILED AUG 21 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

N:\PL\RGJ\139851.doc

2. The District Court Clerk shall close the action bearing Civil File No. 00-223 (DWF/AJB) and shall transfer all materials that have been filed in that action to the action bearing Civil File No. 00-2702 (DWF/AJB).

3. All further materials filed or served in this matter shall contain only the caption of the action bearing Civil File No. 00-2702 (DWF/AFJB).

Dated: August 21, 2001

BY THE COURT:

Donovan W. Frank
Judge of United States District Court

ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Exit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Egan Mechanical Contractors, Inc.,<br>fka Egan & Sons Air Conditioning Company,<br>Defendant. | Civil No. 00-2702 (DWF/AJB) |
| Exit Corporation,<br><br>Plaintiff,<br>v.<br><br>EGAN & SONS, COMPANY, suing as<br>Egan & Sons, Inc.<br>fka Egan Mechanical Contractors, Inc.,<br><br>Defendant. | Civil No. 00-223 (DWF/AJB)<br><br>STIPULATION OF CONSOLIDATION |

The parties, Exit Corporation, a Debtor in possession in a Chapter 11 proceeding (*In re Exit Corporation, formerly J.A. House, Inc., Debtor*, United States Bankruptcy Court, Southern District of Indiana, Indianapolis Division, Case No. 96012589-AJM-11), and formerly known as J.A. House, Inc. ("Exit"), and Defendant, Egan Mechanical Contractors, Inc., f/k/a Egan & Sons, Inc. ("Egan"), each by their respective counsel, stipulate and agree as follows:

1. Adversary Proceeding No. 97-348, *Exit Corporation v. Egan & Sons, Inc. f/k/a Egan Mechanical Contractors, Inc. and M&O Insulation*, was transferred to this Court by the United States Bankruptcy Court for the Southern District of Indiana on January 1, 2000.

2. Adversary Proceeding No.00-231, *Exit Corporation formerly J.A. House, Inc. v. Egan Mechanical Contractors, Inc., f/k/a Egan & Sons Air Conditioning Company*, was also transferred

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

to this Court by the United States Bankruptcy Court for the Southern District of Indiana on November 15, 2000.

3. Both cases relate to the similar facts, involve the same parties, overlapping documentary evidence and many of the same witnesses, however, each asserted different claims for relief.

4. The original bankruptcy proceeding, Adversary Proceeding No. 97-348, which was transferred to this Court as Cause No. 00-0223 was originally filed in 1997. The second case (Adversary Proceeding No. 00-231) was filed in early 2000. Since these filings, other litigation involving these same parties has also proceeded. The passage of time, developments in Exit's bankruptcy, and developments in other litigation to which Exit and Egan are parties have changed or affected some of the allegations in the Adversary Proceeding Complaints.

5. The parties agree that these two adversary proceedings, both of which are now pending before this Court, should be consolidated into a single action, and accordingly, the plaintiff, Exit, has prepared a single amended complaint combining the allegations for both cases. On June 8, 2001, this Court granted leave to file the Amended Complaint.

6. Accordingly, the parties, by their respective counsel, stipulate and agree to the consolidation of these two cases into a single case, to proceed under the caption, ***Exit Corporation v. Egan Mechanical Contractors, Inc.***

7. The parties respectfully request that the Court reflect this consolidation on its records, permit the parties to proceed on the basis of the caption in the Amended Complaint, and grant them all other just and reasonable relief.

Respectfully submitted,

Judy L. Woods
Attorney No. 11705-49
James E. Carlberg
Attorney No. 3117-49
BOSE McKINNEY & EVANS LLP
2700 First Indiana Plaza
135 North Pennsylvania Street
Indianapolis, Indiana 46204
(317) 684-5000

Richard G. Jensen
Minnesota Attorney No. 18990X
FABYANSKE, WESTRA & HART
920 2nd Avenue South, Suite 1100
Minneapolis, MN 55402
(612) 338-0115

Attorneys for Plaintiff Exit Corporation,
f/k/a JA House, Inc.

Timothy F. Brown
ARENT FOX KINTNER PLOTKIN & KAHN, PLLC
1050 Connecticut Avenue
Washington, D.C. 20036-5339

William M. Beadie
Moore, Costello & Hart, P.L.L.P.
701 Fourth Avenue South, Suite 1350
Minneapolis, MN 55415-1823

Attorneys for Defendant, Egan Mechanical Contractors, Inc., f/k/a Egan & Sons, Inc.

341748